**Order filed March 6, 2012.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-11-00933-CV
_____

**LEVIATHAN ENTERPRISE GROUP, INC., ET AL, AND HAROLD HIGGINS, Appellants**

**V.**

**ULYSSES W. WATKINS, JR., Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 44409**

---

### O R D E R

Appellants' brief was due January 20, 2012. No brief or motion for extension of time has been filed.

Unless appellants submits their brief, and a motion reasonably explaining why the brief was late, to the Clerk of this Court **within thirty (30) days of the date of this order**, the Court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM